## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:                                          CASE NO.: 6:17-BK-00046-CCJ

ERMINIO VAN MALLEGHEM,                           CHAPTER 13

DEBTOR.

_____/

### SECURED CREDITOR'S REQUEST FOR JUDICIAL NOTICE

Secured Creditor, Ocwen Loan Servicing LLC as Servicer for Bank of America, National Association as Successor by Merger to Countrywide Bank, FSB, FKA Countrywide Bank, National Association, FKA Treasury Bank, National Association ("Ocwen" or "Creditor"), a secured creditor, by and through counsel, hereby files this Request for Judicial Notice and states the following:

1.      Ocwen is the servicer for the holder of the Final Judgment of Foreclosure (the "Final Judgment") dated March 7, 2013 in the amount of $597,618.65, entered in the foreclosure action commenced in Orange County (the "Foreclosure Case").  The real property to which the Final Judgment relates is 14203 Hogan Drive, Orlando, Florida (the "Property"), which the Debtor has indicated as his residence.

2.      Ocwen has a pending Motion to Dismiss in which it requests that the Court dismiss this case as having been improperly filed solely to cause delay and hindrance to Ocwen and to prevent Ocwen from proceeding with the foreclosure sale of the property securing the Final Judgment.

3.      In accordance with Federal Rules of Evidence, Rule 201(b)(1) a "court may judicially notice a fact that is not subject to reasonable dispute because it is generally known within the trial court's territorial jurisdiction."

4.     Under section (b)(2) of Rule 201, a "court may judicially notice a fact that is not subject to reasonable dispute because it:

(1)     is generally known within the trial court's territorial jurisdiction; or

(2)     can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

5.     It is further provided in Rule 201(c), subsection (2) that:

A court "**must** take judicial notice if a party requests it and the court is supplied with the necessary information." (Emphasis added).

6.     The documents for which Creditor requests that judicial notice be taken are relevant to the instant proceedings and which are public records.

7.     Creditor requests that the Court take judicial notice of the following documents, copies of which are attached:

1.     Docket of State Court Foreclosure Case pending in the Circuit Court in and For Orange County, Florida as Case No. 2009-CA-002658-O;

2.     Final Judgment of Foreclosure setting sale date of 4/11/2013;

3.     Docket of Appellate Case (Fifth DCA);

4.     Order of Affirmance by Fifth District affirming Final Judgment;

5.     Order Denying Stay Pending Appeal (Middle District Order);

6.     Order Denying Defendant's Motion to Vacate Final Judgment;

7.     Order Denying Defendant's Motion to Strike Plaintiff's Motion to Reset Sale; and

8.     Order Resetting Foreclosure Sale for January 5, 2017

8.     The above documents are not reasonably subject to dispute and are relevant to the

Creditor's Motion to Dismiss as they indicate the intent to hinder and delay Creditor in its exercise of its *in rem* remedies.

**WHEREFORE** Creditor respectfully requests that the Court take judicial notice of the above documents pursuant to Fed. R. Evidence 201 and other applicable law, and for any further relief this Court deems proper.

Respectfully submitted by,

VAN NESS LAW FIRM, PLC
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, FL 33442
Phone (954) 571-2031

/s/ Marian Kennady
Marian Kennady, Esquire
Florida Bar No.: 379580
bankruptcy@vanlawfl.com

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing Secured Creditor's Objection to Confirmation of Chapter 13 Plan was served on April 18, 2017 by CM/ECF electronic filing to all registered users in this action and by US Mail to the non-registered user or users listed below.

Respectfully submitted by,
VAN NESS LAW FIRM, PLC
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, FL 33442
Phone (954) 571-2031
/s/ Marian Kennady
Marian Kennady, Esquire
Florida Bar No.: 379580
bankruptcy@vanlawfl.com

## MAILING MATRIX

ERMINIO VAN MALLEGHEM
14203 HOGAN DRIVE
ORLANDO, FL 32837



Orange County Clerk - Court Records Search

### 2009-CA-002658-O : INDYMAC FEDERAL BANK FSBet al. vs. VAN MALLEGHEM, DAWNet al.

| | | | |
|---|---|---|---|
| Case Type: | CA - Mortgage Foreclosure (filed prior to 6/1/2009) | Date Filed: | 1/27/2009 |
| Location: | Div 34 | UCN: | 482009CA002658A001O> |
| Judge: | John E Jordan | Status: | On Appeal |
| Citation Number: | CA - Mortgage Foreclosure (filed prior to 6/1/2009) | Appear By Date: | |

| Parties | | | |
|---|---|---|---|
| **Name** | **Type** | **Attorney** | **Atty Phone** |
| INDYMAC FEDERAL BANK FSB | Plaintiff | JONATHAN MESKER | 352-219-0705 |
| DAWN VAN MALLEGHEM | Defendant | KAROL NUNEZ | 321-355-2765 |
| THE UNKNOWN SPOUSE OF DAWN VAN MALLEGHEM | Defendant | | |
| ERMINIO VAN MALLEGHEM | Defendant | KAROL NUNEZ | 321-355-2765 |
| THE UNKNOWN SPOUSE OF ERMINO VAN MALLEGHEM | Defendant | | |
| ANY AND ALL UNKNOWN PARTIES CLAIMING BY THROUGH UN | Defendant | | |
| SUNTRUST BANK | Defendant | | |
| HUNTERS CREEK COMMUNITY ASSOCIATION INC | Defendant | GIAN RATNAPALA | 954-848-2830 |
| THE FAIRWAYS NEIGHBORHOOD ASSOCIATION INC | Defendant | | |
| TENANT #1 | Defendant | | |
| TENANT #2 | Defendant | | |
| TENANT #3 | Defendant | | |
| TENANT #4 | Defendant | | |
| BANK OF AMERICA NA | Plaintiff | HOLLI ADAMS | 954-571-2031 |

| Charge Details | | | | | |
|---|---|---|---|---|---|
| **Offense Date** | **Charge** | **Plea** | **Arrest** | **Disposition** | **Sentence** |

| Docket Events | | |
|---|---|---|
| **Date** | **Description** | **Pages** |
| 1/18/2017 | Receipt | 2 |
| | Comments: $103.00 (NON-FINAL FILING FEE) | |
| 1/9/2017 | Letter | 1 |
| | Comments: from Clerk returning ck#94979 $50 | |
| 1/5/2017 | Suggestion - Notice of Bankruptcy and Auto Stay | 3 |
| | Comments: #17-00045-6A3 - Erminio Van Malleghem | |
| 1/5/2017 | HEARING - CANCELED-Cancel Sale - Bankruptcy Sale Date - Foreclosure, Sales | |
| 1/4/2017 | Suggestion - Notice of Bankruptcy and Auto Stay | 3 |
| 1/3/2017 | Notice of Filing | 18 |
| | Comments: TRANSCRIPT OF 12/08/2016 HEARING | |

| Date | Description | Pages |
|------|-------------|-------|
| 12/30/2016 | Notice | 2 |
| | Comments: of withdrawing motion to cancel foreclosure sale filed on December 28 2016 | |
| 12/30/2016 | Notice Cancellation of Hearing | 2 |
| | Comments: for 1/4/2017 @ 8:30am | |
| 12/28/2016 | Motion to Cancel Sale | 7 |
| | Comments: (PLTF); SALE 1/5/17 | |
| 12/28/2016 | Notice of Hearing | 2 |
| | Comments: January 4, 2017 , at 8:30 AM | |
| 12/28/2016 | Invoice | 1 |
| | Comments: $103.00 - FILING FEE | |
| 12/27/2016 | Acknowledgment of Appeal | 1 |
| | Comments: 5D16-4410 (Non-Final) | |
| 12/20/2016 | Notice of Appeal | 4 |
| 12/16/2016 | Proof of Publication - Notice of Sale | 1 |
| | Comments: 1/5/17 | |
| 12/8/2016 | Court Minutes | 1 |
| 12/8/2016 | Order Denying | 2 |
| | Comments: motion to vacate judgment | |
| 12/8/2016 | HEARING - Motion - Jordan, John E (Actual: Jordan, John E) | |
| 12/8/2016 | HEARING - Motion - Jordan, John E (Actual: Jordan, John E) | |
| 12/7/2016 | Reply | 15 |
| | Comments: to opposition to motion to vacate judgment | |
| 12/6/2016 | Response | 5 |
| | Comments: in oppostition to defendant's motion to vacate judgment | |
| 12/1/2016 | Notice of Sale | 1 |
| | Comments: 1/5/17 | |
| 11/17/2016 | Notice of Hearing | 2 |
| | Comments: 12/08/2016 at 9:00 am | |
| 11/15/2016 | Certificate of Mailing | 4 |
| 11/10/2016 | Reply | 63 |
| | Comments: TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE MOTION TO RESCHEDULE FORECLOSURE SALE | |
| 11/10/2016 | Order Rescheduling Sale | 2 |
| | Comments: 1/5/2017 | |
| 11/10/2016 | Order Denying | 2 |
| | Comments: motion to strike motion to reschedule sale | |
| 11/9/2016 | Response | 22 |
| | Comments: IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE MOTION TO RESCHEDULE FORECLOSURE SALE | |
| 11/8/2016 | Notice of Hearing | 2 |
| | Comments: CROSS, 11/10/2016 @ 8:30 am | |
| 11/8/2016 | Petition or Motion to Strike | 5 |
| | Comments: motion to reschedule sale by defts | |

| Date | Description | Pages |
|------|-------------|-------|
| 11/7/2016 | Motion to Vacate | 61 |
| | Comments: the Judgment by Erminio and Dawn Van Malleghem | |
| 10/28/2016 | Notice of Sale | 1 |
| | Comments: NO DATE | |
| 10/28/2016 | Motion to Reschedule Sale | 5 |
| | Comments: Plaintiff, | |
| 10/28/2016 | Notice of Hearing | 2 |
| | Comments: on November 10, 2016 , at 8:30AM Eastern | |
| 10/23/2016 | Notice Appearance of Counsel | 2 |
| | Comments: AND DESIGNATION OF EMAIL ADDRESS | |
| 10/12/2016 | Motion to Reschedule Sale | 5 |
| | Comments: (Pltfs) | |
| 9/21/2015 | HEARING - CANCELED-Cancel Sale - Bankruptcy Sale Date - Foreclosure, Sales | |
| 7/20/2015 | Order Granting | 2 |
| | Comments: Rescheduling the Foreclosure Sale to 9/21/15 | |
| 7/20/2015 | Suggestion - Notice of Bankruptcy and Auto Stay | 3 |
| | Comments: as to ERMINIO VAN MALLEGHEM, 15-06189-6A7 | |
| 7/17/2015 | Motion to Vacate | 12 |
| 7/17/2015 | Objection | 9 |
| | Comments: to motion to reschedule sale filed by Bank of America | |
| 7/13/2015 | Notice of Discharge | 3 |
| | Comments: as to DAWN VAN MALLEGHEM, 6:15-bk-00040-KSJ | |
| 7/13/2015 | Motion to Reschedule Sale | 3 |
| | Comments: bank of america | |
| 7/13/2015 | Notice of Hearing | 2 |
| | Comments: 7/20/2015 at 8:30am | |
| 1/5/2015 | Suggestion - Notice of Bankruptcy and Auto Stay | 1 |
| 1/5/2015 | Suggestion - Notice of Bankruptcy and Auto Stay | 1 |
| 1/5/2015 | HEARING - CANCELED-Cancel Sale - Bankruptcy Sale Date - Foreclosure, Sales | |
| 12/31/2014 | Motion to Cancel Sale | 3 |
| | Comments: BANK OF AMERICA | |
| 12/31/2014 | Notice of Hearing | 2 |
| | Comments: 1/5/2015 9AM | |
| 12/22/2014 | Notice of Filing | 7 |
| 12/19/2014 | Proof of Publication - Notice of Sale | 1 |
| 10/27/2014 | Order | 2 |
| | Comments: Rescheduling the Foreclosure Sale | |
| 10/21/2014 | Copy of Order Dismissing Bankruptcy | |
| 10/21/2014 | Notice of Discharge | 4 |
| 10/21/2014 | Motion to Reschedule Sale | 5 |
| | Comments: Bank of America NA | |
| 10/21/2014 | Notice of Hearing | 2 |
| | Comments: 10/27/2014 @ 9:00 am | |

| Date | Description | Pages |
|------|-------------|-------|
| 10/2/2014 | Mandate Affirmed | 2 |
| | Comments: 5D13-1311 | |
| 8/12/2014 | DCA Order | 1 |
| | Comments: APPELLEE'S MOTION FOR ATTORNEY'S FEES GRANTED / CAUSE REMANDED TO CIRCUIT COURT OF ORANGE COUNTY FOR DETERMINATION | |
| 3/11/2014 | Notice Cancellation of Hearing | 2 |
| | Comments: 03/17/2014 @ 900am room 14C | |
| 2/26/2014 | Order on Motion for Substitution of Counsel | 2 |
| 2/26/2014 | Letter | 1 |
| 2/20/2014 | Stipulation | 3 |
| | Comments: FOR SUBSTITUTION OF COUNSEL | |
| 2/19/2014 | Notice of Hearing | 3 |
| | Comments: on 03/17/2014 at 9:00 AM | |
| 2/6/2014 | Motion to Withdraw | 2 |
| | Comments: as counsel for plaintiff | |
| 1/3/2014 | Notice of Designation of Email Address | 1 |
| 1/3/2014 | Notice Appearance of Counsel | 1 |
| | Comments: - Indymac Federal Bank, FSB | |
| 1/3/2014 | Notice of Designation of Email Address | 1 |
| 1/3/2014 | Notice Appearance of Counsel | 1 |
| 8/15/2013 | 5DCA Record on Appeal | 368 |
| | Comments: 13-1311-Record | |
| 8/15/2013 | Copies of Appeal Index Mailed | 5 |
| | Comments: 5D13-1311 | |
| 7/26/2013 | Notice Appearance of Counsel | 2 |
| 7/2/2013 | DCA Order Declining Referral to Mediation | 1 |
| | Comments: 13-1311 | |
| 5/29/2013 | Notice of Filing | 2 |
| 5/8/2013 | Receipt | 1 |
| | Comments: $224.00 | |
| 4/12/2013 | Acknowledgment of Appeal | 2 |
| | Comments: 13-1311 (Mediation) | |
| 4/11/2013 | Invoice | 1 |
| | Comments: $224.00 | |
| 4/11/2013 | Acknowledgment of Appeal | 1 |
| | Comments: 13-1311 | |
| 4/11/2013 | HEARING - CANCELED-Cancel Sale - Bankruptcy Sale Date - Foreclosure, Sales | |
| 4/10/2013 | Suggestion of Bankruptcy | 1 |
| 4/10/2013 | Fax Notification - Bankruptcy / Sale Cancellation | 1 |
| | Comments: 13-04369-6A7 | |
| 4/8/2013 | Notice of Filing | 9 |
| 4/3/2013 | Notice of Appeal | 6 |
| 3/28/2013 | Proof of Publication - Notice of Sale | 1 |

| Date | Description | Pages |
|------|-------------|-------|
| 3/20/2013 | Notice of Sale | 2 |
| | Comments: 4/11/13 at 11am | |
| 3/19/2013 | Motion for Reconsideration | 8 |
| | Comments: and Motion to Vacate Order of Summary Judgment | |
| 3/8/2013 | Affidavit in Support | 4 |
| | Comments: OF MOTION TO STRIKE COMPLAINT | |
| 3/8/2013 | Petition or Motion to Strike | 9 |
| | Comments: COMPLAINT AS SHAM | |
| 3/8/2013 | Motion to Set Aside | 11 |
| | Comments: FINAL JUDGMENT AND VACATE/POSTPONE SALE | |
| 3/7/2013 | Final Judgment | 5 |
| 3/7/2013 | Final Disposition Form | 1 |
| 3/6/2013 | Voluntary Dismissal | 2 |
| 3/6/2013 | Affidavit of Attorney's Fees and Costs | 6 |
| | Comments: amended | |
| 3/6/2013 | Notice of Filing | 1 |
| | Comments: Amended Affidavit of Plaintiff's Counsel As to Attorney's Fees | |
| 2/28/2013 | Objection | 5 |
| | Comments: TO MOTION FOR SUMMARY JUDGMENT | |
| 2/28/2013 | Petition or Motion to Strike | 6 |
| | Comments: AFFIDAVIT OF ROGER STOTTS | |
| 2/28/2013 | Affidavit in Opposition | 4 |
| | Comments: OF SUMMARY JUDGMENT | |
| 2/28/2013 | Motion to Amend | 2 |
| | Comments: ANSWER AND AFFIRMATIVE DEFENSES | |
| 2/28/2013 | Exhibits in Support of | 24 |
| | Comments: MOTION FOR LEAVE TO AMEND ANSWER & AFFIRMATIVE DEFENSES. | |
| 2/27/2013 | Notice of Filing | 2 |
| | Comments: amended aff as to reason atty fees | |
| 2/27/2013 | Affidavit of Attorney's Fees | 3 |
| | Comments: Amended | |
| 2/12/2013 | Notice Appearance of Counsel | 2 |
| | Comments: ADDITIONAL COUNSEL | |
| 2/1/2013 | Motion | 3 |
| | Comments: for Leave to File Response to Request for Admissions | |
| 2/1/2013 | Response to Request for Admissions | 5 |
| 1/11/2013 | Request | 9 |
| | Comments: For discovery: Admissions | |
| 12/18/2012 | Order Requiring Hearing | 2 |
| 12/18/2012 | Notice of Change | 2 |
| | Comments: firm name | |

| Date | Description | Pages |
|------|-------------|-------|
| 12/18/2012 | Notice of Hearing | 2 |
| | Comments: 3-7-13 at 1:30 | |
| 12/14/2012 | Motion to Set Aside | 15 |
| | Comments: -Emergency- and vacate order granting substitution of party plaintiff , inadmissible of sanctions against Andrea D. Pidala and Ronald R. Wolfe (cc to the judge 12/17/12) -with attachments- | |
| 9/13/2012 | Notice of Filing | 2 |
| 9/13/2012 | Affidavit of Indebtedness | 18 |
| | Comments: part 2 of 2 | |
| 9/13/2012 | Affidavit of Indebtedness | 51 |
| 5/6/2011 | Letter | 5 |
| 5/6/2011 | Order Granting Substitution of Party | 2 |
| 4/18/2011 | Notice of Hearing | 3 |
| | Comments: 05/10/11 at 1:30 pm | |
| 3/15/2011 | Affidavit of Amount Due | 22 |
| | Comments: verified | |
| 3/15/2011 | Notice of Filing | 2 |
| 3/15/2011 | Notice of Filing | 2 |
| 3/10/2011 | Motion for Substitution of Party | 4 |
| | Comments: plaintiff | |
| 7/12/2010 | Notice of Unavailability | 1 |
| | Comments: the week of 7/19/2010 through and including 7/23/2010 | |
| 7/12/2010 | Notice Appearance of Counsel | 1 |
| 7/9/2010 | Notice of Unavailability | 1 |
| | Comments: the week of 7/19/2010 through and including 7/23/2010. | |
| 7/8/2010 | Notice Appearance of Counsel | 1 |
| 7/8/2010 | Notice Cancellation of Hearing | 2 |
| | Comments: 07/21/10 @ 8:30 am | |
| 6/23/2010 | MEDIATION REPORT - IMPASSE | 2 |
| 6/11/2010 | Affidavit of Amount Due | 3 |
| 6/11/2010 | Notice of Filing | 2 |
| 5/28/2010 | Notice of Hearing | 6 |
| | Comments: re-notice | |
| 5/28/2010 | Notice | 3 |
| | Comments: that lender representative will appear telephonically | |
| 5/28/2010 | Notice of Mediation | 2 |
| 5/24/2010 | Notice of Withdrawal | 2 |
| | Comments: of notice of proceeding with foreclosure | |
| 5/10/2010 | Notice of Filing | 3 |
| 5/10/2010 | Affidavit of Non Military Service | 2 |
| 5/7/2010 | Notice of Filing | 2 |
| | Comments: Non Military Affidavit | |
| 5/7/2010 | Affidavit of Non Military Service | 3 |
| 4/30/2010 | Notice | 2 |
| | Comments: of Proceeding with Foreclosure | |

| Date | Description | Pages |
|------|-------------|-------|
| 9/24/2009 | MEDIATION REPORT - SETTLED | 2 |
| 9/11/2009 | Notice of Mediation | 2 |
| 8/12/2009 | Motion for Enlargement/Extension of Time | 3 |
| 4/30/2009 | Order Scheduling Mediation | 6 |
| 4/28/2009 | Notice of Filing | 8 |
| | Comments: Original Note | |
| 4/21/2009 | Request to Produce | 1 |
| 4/17/2009 | Request to Produce | 1 |
| 4/6/2009 | Notice of Filing | 1 |
| 4/6/2009 | Affidavit of Amount Due | 3 |
| 4/6/2009 | Affidavit of Attorney's Fees | 2 |
| 3/26/2009 | Voluntary Dismissal | 2 |
| 3/20/2009 | Motion for Summary Judgment | 2 |
| 3/20/2009 | Notice of Hearing | 2 |
| 3/20/2009 | Affidavit of Attorney's Fees | 9 |
| 3/20/2009 | Default Entered by the Clerk | 1 |
| 3/18/2009 | Letter | 1 |
| 3/18/2009 | Motion for Default | 5 |
| 2/27/2009 | Notice of Filing | 3 |
| 2/18/2009 | Summons Returned | 3 |
| | Comments: Summons Returned\|20 DAY SUMMONS SRVD [02/02/2009] AS TO VAN MALLEGHEM, DAWN | |
| 2/18/2009 | Summons Returned | 3 |
| | Comments: Summons Returned\|20 DAY SUMMONS SRVD [02/04/2009] AS TO HUNTER'S CREEK COMMUNITY ASSOCIATION INC | |
| 2/18/2009 | Summons Returned | 3 |
| | Comments: Summons Returned\|20 DAY SUMMONS UNSERVED AS TO THE UNKNOWN SPOUSE OF ERMINO VAN MALLEGHEM | |
| 2/18/2009 | Summons Returned | 3 |
| | Comments: Summons Returned\|20 DAY SUMMONS SRVD [02/02/2009] AS TO VAN MALLEGHEM, ERMINIO | |
| 2/18/2009 | Summons Returned | 3 |
| | Comments: Summons Returned\|20 DAY SUMMONS UNSERVED AS TO THE UNKNOWN SPOUSE OF DAWN VAN MALLEGHEM | |
| 2/18/2009 | Summons Returned | 3 |
| | Comments: Summons Returned\|20 DAY SUMMONS UNSERVED AS TO TENANT #1 | |
| 2/18/2009 | Summons Returned | 3 |
| | Comments: Summons Returned\|20 DAY SUMMONS UNSERVED AS TO TENANT #2 | |
| 2/18/2009 | Summons Returned | 3 |
| | Comments: Summons Returned\|20 DAY SUMMONS SRVD [02/04/2009] AS TO THE FAIRWAYS NEIGHBORHOOD ASSOCIATION INC | |
| 2/18/2009 | Summons Returned | 3 |
| | Comments: Summons Returned\|20 DAY SUMMONS SRVD [02/03/2009] AS TO SUNTRUST BANK | |
| 2/13/2009 | Answer | 1 |
| | Comments: Answer\|DEFTS DAWN AND ERMINIO VAN MALLEGHEM (PRO SE)ANSWER | |
| 1/30/2009 | 20 Day Summons Issued | |
| | Comments: 20 Day Summons Issued\|20 DAY SUMMONS ISSUED/DAWN ORIG TO ANDREWS | |

| Date | Description | Pages |
|------|-------------|-------|
| 1/30/2009 | 20 Day Summons Issued | |
| | Comments: 20 Day Summons Issued|20 DAY SUMMONS ISSUED/UNKNOWN SPOUSE OF DAWN ORIG TO ANDREWS | |
| 1/30/2009 | 20 Day Summons Issued | |
| | Comments: 20 Day Summons Issued|20 DAY SUMMONS ISSUED/ERMINO ORIG TO ANDREWS | |
| 1/30/2009 | 20 Day Summons Issued | |
| | Comments: 20 Day Summons Issued|20 DAY SUMMONS ISSUED/UNKNOWN SPOUSE OF ERMINO ORIG TO ANDREWS | |
| 1/30/2009 | 20 Day Summons Issued | |
| | Comments: 20 Day Summons Issued|20 DAY SUMMONS ISSUED/SUNTRUST BANK ORIG TO ANDREWS | |
| 1/30/2009 | 20 Day Summons Issued | |
| | Comments: 20 Day Summons Issued|20 DAY SUMMONS ISSUED/HUNTER'S CREEK ORIG TO ANDREWS | |
| 1/30/2009 | 20 Day Summons Issued | |
| | Comments: 20 Day Summons Issued|20 DAY SUMMONS ISSUED/THE FAIRWAYS NEIGHBORHOOD ORIG TO ANDREWS | |
| 1/30/2009 | 20 Day Summons Issued | |
| | Comments: 20 Day Summons Issued|20 DAY SUMMONS ISSUED/TENANT #1 ORIG TO ANDREWS | |
| 1/30/2009 | 20 Day Summons Issued | |
| | Comments: 20 Day Summons Issued|20 DAY SUMMONS ISSUED/TENANT #2 ORIG TO ANDREWS | |
| 1/27/2009 | Initial Judge Assigned | |
| | Comments: Initial Judge Assigned|INITIAL JUDGE ASSIGNED TURNER, THOMAS W 34 | |
| 1/27/2009 | Letter | 1 |
| | Comments: Letter|COPY OF LETTER TO ATTORNEY JONATHAN W MESKER | |
| 1/27/2009 | Lis Pendens | 1 |
| | Comments: Lis Pendens|LIS PENDENS | |
| 1/27/2009 | Civil Cover Sheet | 1 |
| | Comments: Civil Cover Sheet|CIVIL COVER SHEET FILED | |
| 1/27/2009 | Complaint | 40 |
| | Comments: Complaint|COMPLAINT FILED | |

| Hearings | | | | |
|------|---------|------|----------|-------|
| Date | Hearing | Time | Location | Pages |
| 1/5/2017 | CANCELED-Cancel Sale - Bankruptcy Sale Date - Foreclosure, Sales | 11:00 AM | | |
| 12/8/2016 | Motion - Jordan, John E (Actual: Jordan, John E) | 9:00 AM | Room 18-B On The 18th Floor | |
| 12/8/2016 | Motion - Jordan, John E (Actual: Jordan, John E) | 9:00 AM | Hearing Room 1700.01 | |
| 9/21/2015 | CANCELED-Cancel Sale - Bankruptcy Sale Date - Foreclosure, Sales | 11:00 AM | | |
| 1/5/2015 | CANCELED-Cancel Sale - Bankruptcy Sale Date - Foreclosure, Sales | 11:00 AM | Foreclosure Lobby Room 350 | |
| 4/11/2013 | CANCELED-Cancel Sale - Bankruptcy Sale Date - Foreclosure, Sales | 11:00 AM | Foreclosure Lobby Room 350 | |

| Financial | | | |
|------|-------------|-------|--------|
| Date | Description | Payer | Amount |
| 1/30/2009 | Transaction Assessment | | 407.50 |

| Date | Description | Payer | Amount |
|------|-------------|-------|-------:|
| 1/30/2009 | Payment | INDYMAC FEDERAL BANK FSB | -407.50 |
| 12/14/2012 | Transaction Assessment | | 15.00 |
| 12/14/2012 | Payment | VAN MALLEGHEM, ERMINIO | -15.00 |
| 4/3/2013 | Transaction Assessment | | 103.00 |
| 4/3/2013 | Payment | NUNEZ, KAROL | -103.00 |
| 4/10/2013 | Transaction Assessment | | 70.00 |
| 4/10/2013 | Payment | Jodi Stohlmann | -70.00 |
| 4/11/2013 | Transaction Assessment | Jodi Stohlmann | 70.00 |
| 4/11/2013 | Transaction Assessment | | -70.00 |
| 5/8/2013 | Transaction Assessment | | 224.00 |
| 5/8/2013 | Payment | VAN MALLEGHEM, ERMINIO | -224.00 |
| 12/31/2014 | Transaction Assessment | | 70.00 |
| 12/31/2014 | Payment | Anthony Van Ness | -70.00 |
| 1/6/2015 | Transaction Assessment | | -70.00 |
| 1/6/2015 | Transaction Assessment | Anthony Van Ness | 70.00 |
| 12/19/2016 | Transaction Assessment | | 70.00 |
| 12/19/2016 | Payment | VAN NESS LAW FIRM PLC VAN NESS LAW FIRM PLC | -70.00 |
| 12/20/2016 | Transaction Assessment | | 4.00 |
| 12/20/2016 | Payment | VAN MALLEGHEM, ERMINIO | -4.00 |
| 1/6/2017 | Transaction Assessment | | -70.00 |
| 1/6/2017 | Transaction Assessment | VAN NESS LAW FIRM PLC VAN NESS LAW FIRM PLC | 70.00 |
| 1/17/2017 | Transaction Assessment | | 103.00 |
| 1/17/2017 | Payment | VAN MALLEGHEM, ERMINIO | -103.00 |
| | | Balance Due: | 0.00 |

| Bonds | | | |
|-------|---|---|---|
| Description | Status Date | Bond Status | Amount |

| Warrants | | | | | | |
|----------|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA
CIVIL ACTION

INDYMAC FEDERAL BANK FSB,

       Plaintiff,

                CASE NO.    48 2009 CA 002658 O
vs.              DIVISION    34

```
DOC# 20130151724 B: 10539 P: 7029
03/19/2013 11:49:30 AM  Page 1 of 5
Rec Fee: $0.00
Martha O. Haynie, Comptroller
Orange County, FL
IO - Ret To: CLERK OF COURT CIVIL
```

DAWN VAN MALLEGHEM; ERMINIO VAN MALLEGHEM;
SUNTRUST BANK; HUNTER'S CREEK COMMUNITY ASSOCIATION,
INC.; THE FAIRWAYS NEIGHBORHOOD ASSOCIATION, INC.

       Defendant(s).
_____/

## FINAL SUMMARY JUDGMENT OF MORTGAGE FORECLOSURE

IT IS ADJUDGED THAT:

    1. Plaintiff BANK OF AMERICA, N.A.[1], 888 East Walnut Street , Pasadena, CA 91101 is due:

| | |
|---|---|
| UNPAID PRINCIPAL BALANCE | $491,110.21 |
| INTEREST ON THE NOTE AND MORTGAGE FROM 09/01/2008 TO 08/31/2012 | 66,233.34 |
| PER DIEM INTEREST AT 2.75% FROM 08/31/2012 TO 03/07/2013 | 6,956.00 |
| TITLE SEARCH EXPENSES | 175.00 |
| TITLE EXAMINATION FEE | 150.00 |
| TAXES | 11,970.36 |
| INSURANCE | 15,585.12 |
| ATTORNEYS' FEES | |
|     *Other | 1,475.00 |

          (*The requested attorney's fee is a flat rate fee that the firm's client has agreed to pay in this matter. Given the amount of the fee requested and the labor expended, the Court finds that a lodestar analysis is not necessary and that the flat fee is reasonable.)

| | |
|---|---|
|           ATTORNEYS' FEES TOTAL | $2,400.00 |
| FILING FEE | 407.50 |

[1] Plaintiff name has changed pursuant to order previously entered.

| | |
|---|---:|
| INVESTIGATION/SERVICE OF PROCESS | 405.00 |
| RECORDING FEE | 5.00 |
| Mediation Cost | 550.00 |
| PRE-ACCELERATED LATE CHARGES | 161.12 |
| THROUGH January 16, 2009 | |
| PROPERTY INSPECTIONS | 440.00 |
| BPO/APPRAISAL | 1,070.00 |

TOTAL                                             $597,618.65

That shall bear interest at the rate established by Florida Statute.

    2.    Plaintiff holds a lien for the total sum-superior to all claims, or estates of Defendant(s) on the following-described property in ORANGE County, Florida:

    LOT 108, HUNTERS CREEK TRACT 130, PHASE II, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLATBOOK 21, PAGES 18 AND 19, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

    A/K/A 14203 HOGAN DRIVE ORLANDO, FL 32837

    3.    If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this Judgment are not paid, the Clerk of this Court shall sell the property at a public sale on _____April 11_____, 2013, at 11:00AM EST, to the highest bidder for cash, except as prescribed in paragraph 4 www.myorangeclerk.realforeclose.com

    4.    Plaintiff shall advance all subsequent costs of this and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If Plaintiff is the purchaser, the bid may be assigned without further Order of this Court and the Clerk shall credit the Plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.

    5.    On filing the Certificate of Title the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of Plaintiff's costs; second, documentary stamps affixed to the

Certificate; third, Plaintiff's attorney's fees; fourth, the total sum due to Plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any amount remaining pending the further Order of this Court.

6. On filing the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any. Upon the filing of the certificate of title, the person named on the certificate of title shall be let into possession of the property.

7. Jurisdiction of this action is retained to enter further orders that are proper including, without limitation, a deficiency judgment, if Plaintiff is not limited to in rem stay relief in an active bankruptcy case and/or if borrower(s) has not been discharged in bankruptcy or constructively served, together with additional attorney's fees, if appropriate.

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT. IF YOU ARE SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.** If you are the property owner, you may claim these funds yourself. You are not required to have a lawyer or any other representation and you do not have to assign your rights to anyone else in order for you to claim any money to which you are entitled. Please check with the Clerk of the Court, ORANGE County, 425 N. Orange Ave, Ste 350, Orlando, FL 32801, Phone: 407-836-2278, within ten (10) days after the sale to see if there is additional money from the

foreclosure sale that the Clerk has in the registry of the Court. If you decide to sell your home or hire someone to help you claim the additional money, you should read very carefully all papers you are required to sign, ask someone else, preferably an attorney who is not related to the person offering to help you, to make sure that you understand what you are signing and that you are not transferring your property or the equity in your property without the proper information. If you cannot afford to pay an attorney, you may contact Legal Services of Mid-Florida, Inc. - Orlando Office (407)841-7777, Legal Aid Society of the Orange County Bar Association, Inc. - (407)841-8310, to see if you qualify financially for their services. If they cannot assist you, they may be able to refer you to a local bar referral agency or suggest other options. If you choose to contact Legal Services of Mid-Florida, Inc. - Orlando Office (407)841-7777, Legal Aid Society of the Orange County Bar Association, Inc. - (407)841-8310, for assistance, you should do so as soon as possible after receipt of this notice.

DONE AND ORDERED in Chambers, in ORANGE County, Florida, this _____07_____ day of _____March_____, 2013.

_____
Circuit Judge
48 2009 CA 002658 O

Copies furnished to: John Jefferson, Esquire
Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, FL 33622-5018

INDYMAC FEDERAL BANK FSB vs. DAWN VAN MALLEGHEM, ET AL
FINAL SUMMARY JUDGEMENT
CASE NO. 48 2009 CA 002658 O

3/7/2013 4:44 PM FILED IN OFFICE LYDIA GARDNER CLERK CIRCUIT COURT ORANGE CO FL

## Service List

DAWN VAN MALLEGHEM
14203 Hogan Drive
Orlando, FL 32837

ERMINIO VAN MALLEGHEM
14203 Hogan Drive
Orlando, FL 32837

SUNTRUST BANK
C/o Cathy Homa Arther, Esq., R.a. 200 S. Orange Ave.
Orlando, FL 32801

HUNTER'S CREEK COMMUNITY ASSOCIATION, INC.
C/o Taylor, Robert L, R.a.
150 N. Westmonte Drive.
Altamonte Springs, FL 32714

THE FAIRWAYS NEIGHBORHOOD ASSOCIATION, INC.
C/o Taylor, Robert L, R.a.
150 N. Westmonte Drive.
Altamonte Springs, FL 32714



**Florida State Courts** | Courts | Opinions | New Query | Help

*Florida Fifth District Court of Appeal Docket*

# Case Docket

### Case Number:  5D13-1311

### Final Civil Other Notice from Orange County

## DAWN VAN MALLEGHEM AND ERMINO VAN MALLEGHEM vs.  INDYMAC FEDERAL BANK, FSB, ET AL.

### Lower Tribunal Case(s): 2009-CA-002658-O

Printer Friendly View

| Date Docketed | Description | Date Due | Filed By | Notes |
|---|---|---|---|---|
| 04/11/2013 | Case Filing Fee | | | |
| 04/11/2013 | Notice of Appeal Filed | | Appellant | |
| 04/11/2013 | Order to pay filing fee - Civil appeal (300) | 05/01/2013 | | |
| 04/11/2013 | Acknowledgement Letter 1 | | | |
| 04/18/2013 | Case Filing Fee | | | |
| 04/22/2013 | Docketing Statement | | | |
| 04/23/2013 | Notice | | Appellant | |
| 04/23/2013 | Notice | | Appellant | |
| 06/21/2013 | Notice | | Appellee | |
| 06/21/2013 | Notice | | Appellee | |
| 06/21/2013 | Docketing Statement | | | |
| 07/02/2013 | ORD- Declining Referral to Mediation | | | |
| 08/15/2013 | Received Records | | | |
| 09/03/2013 | Notice of Appearance | | Appellee | |
| 09/11/2013 | Initial Brief on Merits | | Appellant | |
| 10/04/2013 | Mot. for Extensio of time to file Answer Brief | | Appellee | |
| 10/08/2013 | Order Grant EOT for Answer Brief | 11/21/2013 | | |
| 10/18/2013 | Notice of Appearance | | Withdrawn Appellee | |
| 11/07/2013 | Appellee's Answer Brief | | Withdrawn Appellee | |
| 11/08/2013 | Motion For Attorney's Fees | | Withdrawn Appellee | |
| 11/27/2013 | Appellant's Reply Brief | | Appellant | |
| 04/04/2014 | Motion To Relinquish Jurisdiction | | Appellant | |

| 04/07/2014 | Order Deny Relinq. of Jurisdiction | | | |
| 04/23/2014 | Motion To Withdraw as Counsel | | Withdrawn Appellee | |
| 04/29/2014 | ORD-Withdraw as Counsel | | | |
| 08/12/2014 | Affirmed - Per Curiam Affirmed | | | |
| 08/12/2014 | Order Granting Attorney's Fees | | | |
| 08/27/2014 | Motion for Rehearing / Rehearing En Banc | | Appellant | |
| 09/05/2014 | Notice of Appearance | | Appellee | |
| 09/15/2014 | Order Deny Motion for Rehearing / Rehearing En Banc | | | |
| 10/02/2014 | Returned Records | | | |
| 10/02/2014 | Mandate | | | |

Printer Friendly View

IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAWN VAN MALLEGHEM AND ERMINO
VAN MALLEGHEM,

      Appellants,

v.                                  Case No.  5D13-1311

INDYMAC FEDERAL BANK, FSB, ET AL.,

      Appellees.

_____/

Decision filed August 12, 2014

Appeal from the Circuit
Court for Orange County,
Ted P. Coleman, Judge.

Karol Nunez, of The Karol Nunez Law
Firm, LLC, Orlando, for Appellant.

Michael D. Starks and Taraneh Maloney,
of Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC, Orlando, for Appellee.


PER CURIAM.


      AFFIRMED.


PALMER, ORFINGER and LAWSON, JJ., concur.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In Re: Erminio Van Malleghem**

**ERMINIO VAN MALLEGHEM,**

**Appellant,**

v.                                                              **Case No:  6:16-cv-1433-Orl-41**
                                            **Bankr. Case No.: 6:15-bk-6189-RAC**

**OCWEN LOAN SERVICING, LLC,**

**Appellee.**

_____/

**ORDER**

THIS CAUSE is before the Court on Appellant Erminio Van Malleghem's Motion to Stay

Orders Pending Outcome of Appeal (Doc. 7). Appellee Ocwen Loan Servicing, LLC ("Ocwen")

filed a Response in opposition (Doc. 13). As set forth below, Van Malleghem's motion will be

denied.

Federal Rule of Bankruptcy Procedure 8007 allows a party to move for a stay pending

appeal in both the bankruptcy court and the reviewing district court. Where, as here, a motion to

stay was first made and ruled on in the bankruptcy court, the motion before the district court must

"state that the [bankruptcy] court has ruled and set out any reasons given for the ruling." Fed. R.

Bankr. P. 8007(b)(2)(B). Van Malleghem indicated that the bankruptcy court denied his motion to

stay, but he did not provide the basis for the denial.

Further, to obtain a stay pending appeal under Rule 8007, the movant must establish the

following four factors: (1) "that the movant is likely to prevail on the merits on appeal"; (2) "that

absent a stay the movant will suffer irreparable damage"; (3) "that the adverse party will suffer no

substantial harm from the issuance of the stay"; and (4) "that the public interest will be served by issuing the stay." *Garcia-Mir v. Meese*, 781 F.2d 1450, 1453 (11th Cir. 1986); *In re Dale Mabry Props., Ltd.*, 149 B.R. 209, 210 (M.D. Fla. 1992). Significantly, Van Malleghem does not address the first factor—the likelihood of success on the merits of the appeal—which is generally considered the most important factor. *Robles Antonio v. Barrios Bello*, No. 04-12794-GG, 2004 WL 1895123, at *1 (11th Cir. June 10, 2004) (per curium).

Additionally, Van Mallegem fails to articulate any irreparable harm that he will face if the stay is not granted. Indeed, Van Malleghem appears to argue merely that he does not want Ocwen to be able to proceed with a motion to dismiss in the bankruptcy court. This is insufficient to establish that a stay is warranted. *See In re F.G. Metals, Inc.*, 390 B.R. 467, 472 (Bankr. M.D. Fla. 2008) (noting that a stay may be issued "where the appellant demonstrates that his or her chances of success are merely substantial," as opposed to likely, "so long as a strong showing weighing heavily in the appellant's favor is made on the latter three elements" (quotation omitted)).

Accordingly, it is **ORDERED** and **ADJUDGED** that Van Malleghem's Motion to Stay Orders Pending Outcome of Appeal (Doc. 7) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR ORANGE
COUNTY, FLORIDA
CASE NO. 2009-CA-002658-O

INDYMAC FEDERAL BANK FSB,
        Plaintiff,
           vs.
DAWN VAN MALLEGHEM; ERMINIO VAN
MALLEGHEM, et al.
        Defendants

                /

## ORDER ON VERIFIED MOTION TO VACATE THE JUDGMENT
## (FRAUD ON THE COURT AND NEWLY DISCOVERED EVIDENCE)

THIS CAUSE, having come before me upon Defendant's Verified Motion to Vacate the

Judgment (Fraud on the Court and Newly Discovered Evidence), and the same having been considered,

and the Court being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. That Defendant's Verified Motion to Vacate the Judgment (Fraud on the Court and Newly
    Discovered Evidence) is hereby DENIED.

2. _____

_____

_____

**DONE AND ORDERED** in Orlando, ORANGE County, this _8_ day of _Dec_____,
201_6_

/s/ JOHN E. JORDAN
_____
JUDGE

Copies to parties on the attached service list:

Van Ness Law Firm, PLC
1239 E. Newport Center Drive
Suite #110
Deerfield Beach, FL 33442
**Pleadings@vanlawfl.com**

OC6556-13/cl

**CASE: 2009-CA-002658-O**

**SERVICE LIST:**

Christopher Lim, Esq.
C/O Karol Nunez, Esq.
1600 E Robinson St Ste 400
Orlando, FL 32803-5947
***Withdrawing Attorney for Dawn Van Malleghem and Erminio Van Malleghem***
mailclerk.aca@gmail.com
*email@knunezlaw.com*
*karol@knunezlaw.com*

Rafael F. Garcia, Esq.
MSPG Law Group of Central Florida, PLLC
241 Ruby Ave., Suite B
Kissimmee, FL 34741
***Attorney for Dawn Van Malleghem and Erminio Van Malleghem*** Email:
service@mspginsurancelaw.com, ralph@mspglawgroup.com

Cathy Homa Arther, Esq.
200 S. Orange Ave
Orlando, FL 32801
***Attorney for Suntrust Bank***
pburghs@76@aol.com

Gian Ratnapala, Esq.
Peytonbolin, PL
150 N. Wetmonte Drive.
Altamonte Springs, FL 32714
***Attorney for Hunters Creek Community Association, Inc.***
gian@peytonbolin.com  ; bankforeclosure@peytonbolin.com

The Fairways Neighborhood Association, Inc.
C/O Taylor, Robert L, R.A.
150 N. Westmonte Drive.
Altamonte Springs, FL 32714

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR ORANGE
COUNTY, FLORIDA
CASE NO. 2009-CA-002658-O

INDYMAC FEDERAL BANK FSB,
    Plaintiff,
     vs.
DAWN VAN MALLEGHEM; ERMINIO VAN
MALLEGHEM, et al.
    Defendants
_____/

## ORDER ON VERIFIED MOTION TO STRIKE PLAINTIFF'S MOTION TO RESCHEDULE SALE (PLAINTIFF BANK OF AMERICA FAILED TO OBTAIN RELIEF FROM AUTOMATIC STAY)

THIS CAUSE, having come before me upon Defendant's Verified Motion to Strike Plaintiff's

Motion to Reschedule Sale (Plaintiff Bank Of America Failed To Obtain Relief From Automatic Stay) ,

and the same having been considered, and the Court being otherwise fully advised in the premises, it is

hereby:

    **ORDERED AND ADJUDGED** as follows:

1. That Defendant's Verified Motion to Strike Plaintiff's Motion to Reschedule Sale (Plaintiff
  Bank Of America Failed To Obtain Relief From Automatic Stay) is hereby DENIED.

2. _____

_____

_____

    **DONE AND ORDERED** in Orlando, ORANGE County, this _10_ day of ___Nov___,

201_6_

               /s/ JOHN E. JORDAN
        _____
             JUDGE

Copies to parties on the attached service list:

Van Ness Law Firm, PLC
1239 E. Newport Center Drive
Suite #110
Deerfield Beach, FL 33442
**Pleadings@vanlawfl.com**
**CASE: 2009-CA-002658-O**

OC6556-13/cl

**SERVICE LIST:**

Christopher Lim, Esq.
C/O Karol Nunez, Esq.
1600 E Robinson St Ste 400
Orlando, FL 32803-5947
*Withdrawing Attorney for Dawn Van Malleghem and Erminio Van Malleghem*
mailclerk.aca@gmail.com
*email@knunezlaw.com*
*karol@knunezlaw.com*

Rafael F. Garcia, Esq.
MSPG Law Group of Central Florida, PLLC
241 Ruby Ave., Suite B
Kissimmee, FL 34741
*Attorney for Dawn Van Malleghem and Erminio Van Malleghem* Email:
service@mspginsurancelaw.com, ralph@mspglawgroup.com

Cathy Homa Arther, Esq.
200 S. Orange Ave
Orlando, FL 32801
*Attorney for Suntrust Bank*
pburghs@76@aol.com

Gian Ratnapala, Esq.
Peytonbolin, PL
150 N. Wetmonte Drive.
Altamonte Springs, FL 32714
*Attorney for Hunters Creek Community Association, Inc.*
gian@peytonbolin.com  ; bankforeclosure@peytonbolin.com

The Fairways Neighborhood Association, Inc.
C/O Taylor, Robert L, R.A.
150 N. Westmonte Drive.
Altamonte Springs, FL 32714

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR ORANGE
COUNTY, FLORIDA
CASE NO. 2009-CA-002658-O

INDYMAC FEDERAL BANK FSB,
        Plaintiff,
        vs.
DAWN VAN MALLEGHEM; ERMINIO VAN
MALLEGHEM, ET AL.
        Defendants

_____/

## ORDER RESCHEDULING THE FORECLOSURE SALE

THIS CAUSE, having come before me upon Plaintiff's Motion to Reschedule Foreclosure Sale, and the same having been considered, and the Court being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1.  That Plaintiff's Motion to Reschedule Foreclosure Sale is hereby GRANTED. 2017

2.  Clerk of this Court shall sell the property at public sale on *JAN 5*, 2016, at 11:00 a.m., to the highest bidder for cash, except as set forth hereinafter, via the Internet at www.myorangeclerk.realforeclose.com, in accordance with Section 45.031, Florida Statutes, and as set forth in the Final Judgment entered by the Court on March 7, 2013.

3.  That Plaintiff's mailing address is hereby reflected to show as "c/o Ocwen Attn: Vault, 5720 Premier Park Drive, West Palm Beach, FL 33407".

4.  **In the event of a third party purchase at a foreclosure sale, any sale proceeds owed under the judgment to include attorney's fees & costs shall be made payable to the Plaintiff of record.**

**DONE AND ORDERED** in Orlando, ORANGE County, Florida, this _10_ day of _Nov_, 2016.

/s/ JOHN E. JORDAN

_____
JUDGE

Copies to parties on the attached service list:

**CASE NO:  2009-CA-002658-O**

**SERVICE LIST:**

Van Ness Law Firm, PLC.
1239 E Newport Center Drive, Ste. 110
Deerfield Beach, FL 33442
*Attorney for Plaintiff*
Email: pleadings@vanlawfl.com

Christopher Lim, Esq.
C/O Karol Nunez, Esq.
1600 E Robinson St Ste 400
Orlando, FL 32803-5947
*Withdrawing Attorney for Dawn Van Malleghem and Erminio Van Malleghem*
mailclerk.aca@gmail.com
*email@knunezlaw.com*
*karol@knunezlaw.com*

Rafael F. Garcia, Esq.
MSPG Law Group of Central Florida, PLLC
241 Ruby Ave., Suite B
Kissimmee, FL 34741
*Attorney for Dawn Van Malleghem and Erminio Van Malleghem* Email:
service@mspginsurancelaw.com, ralph@mspglawgroup.com

Cathy Homa Arther, Esq.
200 S. Orange Ave
Orlando, FL  32801
*Attorney for Suntrust Bank*
pburghs@76@aol.com

Gian Ratnapala, Esq.
Peytonbolin, PL
150 N. Wetmonte Drive.
Altamonte Springs, FL 32714
*Attorney for Hunters Creek Community Association, Inc.*
gian@peytonbolin.com  ; bankforeclosure@peytonbolin.com

The Fairways Neighborhood Association, Inc.
C/O Taylor, Robert L, R.A.
150 N. Westmonte Drive.
Altamonte Springs, FL  32714

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR ORANGE
COUNTY, FLORIDA
CASE NO. 2009-CA-002658-O

INDYMAC FEDERAL BANK, FSB,
        Plaintiff,
              vs.
DAWN VAN MALLEGHEM; ERMINIO VAN
MALLEGHEM; SUN TRUST BANK; HUNTERS'
CREEK COMMUNITY ASSOCIATION, INC.; THE
FAIRWAYS NEIGHBORHOOD ASSOCIATON, INC.,
ET AL.
         Defendants
_____/

## ORDER RESCHEDULING THE FORECLOSURE SALE

     THIS CAUSE, having come before me upon Plaintiff's Motion to Reschedule Foreclosure Sale, and the same having been considered, and the Court being otherwise fully advised in the premises, it is hereby:

     **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Reset the Foreclosure sale is hereby GRANTED.

2. Clerk of this Court shall sell the property at public sale on _Jan. 5_ , 2015, ~~2014~~, at 11:00 a.m., to the highest bidder for cash, except as set forth hereinafter, via the Internet at www.myorangeclerk.realforeclose.com, in accordance with Section 45.031, Florida Statutes, and as set forth in the Final Judgment entered by the Court on March 7, 2013.

     **DONE AND ORDERED** in Orlando, Orange County, Florida, this _27_ day of _Oct._ ,2014.

/s/ R. JAMES STROKER
_____
JUDGE

OC6556-13/cmm

**CASE NO.: 2009-CA-002658-O**
**SERVICE LIST:**

Dawn Van Malleghem
C/O Karol Nunez, Esquire
1600 E Robinson St. Suite 250
Orlando, FL 32803-5955
email@knunezlaw.com
karol@knunezlaw.com

Erminio Van Malleghem
C/O Karol Nunez, Esquire
1600 E Robinson St. Suite 250
Orlando, FL 32803-5955
email@knunezlaw.com
karol@knunezlaw.com

Suntrust Bank
C/O Cathy Homa Arther, Esq.
200 S. Orange Ave
Orlando, FL 32801

Hunters Creek Community Association, Inc.
C/O Gian Ratnapala, Esq.
Peytonbolin, PL
3343 W Commercial Blvd Suite 100
Ft. Lauderdale, FL 33309-3425
gian@peytonbolin.com
bankforeclosure@peytonbolin.com

The Fairways Neighborhood Association, Inc.
C/O Taylor, Robert L, R.A.
150 N. Westmonte Drive.
Altamonte Springs, FL 32714

Van Ness Law Firm, PLC.
1239 E Newport Center Drive, Ste. 110
Deerfield Beach, FL 33442
*Co-Counsel for Plaintiff*
Email: pleadings@vanlawfl.com