**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                          Case No: 6:17-bk-00046-CCJ
                                                Chapter 13

**ERMINIO VAN MALLEGHEM,**
              **Debtor.**

_____/

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEBTOR

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801and serve a copy on the movant's attorney, BransonLaw, PLLC, 1501 East Concord Street, Orlando, Florida 32803, and any other appropriate persons within the time allowed.

If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

The undersigned, on behalf of BransonLaw, PLLC, attorney for ERMINIO VAN MALLEGHEM ("Debtor"), pursuant to Local Rule 2091-2(a), and Local Rule 2002-4, hereby files this motion for leave to withdraw as counsel for ERMINIO VAN MALLEGHEM, and states as follows:

1.      Robert B. Branson, Esquire, of BransonLaw, PLLC ("Movant") is counsel for Debtor, ERMINIO VAN MALLEGHEM, in this case.

2.      The Debtor filed, pro se, a Notice of Voluntary Dismissal of Bankruptcy Case (Doc. 141) on September 17, 2018.  The Court entered an Order Dismissing Case (Doc. 143) on September 19, 2018.

3.      The Court entered an Order Granting Two-year Prospective Relief from the Automatic Stay in Favor of Ocwen Loan Servicing, LLC (Doc. 145) [the "Order"] on September 25, 2018.

4.      The Debtor, pro se, filed his Motion for Reconsideration of the Order (Doc. 149) on October 9, 2018.

5.      Ocwen Loan Servicing, LLC, filed its Response (Doc. 171) to the Motion for Reconsideration on January 3, 2019, and served a copy on Movant as attorney for the Debtor.

6.      Movant's position is that, since the case was dismissed Movant is no longer attorney of record for the Debtor.

WHEREFORE, Movant respectfully requests that the Court enter an order granting leave to withdraw of Robert B. Branson, Esquire, and BransonLaw, PLLC as counsel, directing all further pleadings and notices be served on the Debtor at his address of record, and granting such other relief as is just and proper.

RESPECTFULLY SUBMITTED,


/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw, PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor


**<u>CERTIFICATE OF SERVICE</u>**

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail this 31st day of January, 2019, to:  Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL  32790; Debtor, Erminio Van Malleghem 14203 Hogan Drive. Orlando, Florida 32837; all

creditors and interested parties.
        .

<div style="margin-left:40%">

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw, PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

</div>

Label Matrix for local noticing
113A-6
Case 6:17-bk-00046-CCJ
Middle District of Florida
Orlando
Thu Jan 31 17:02:11 EST 2019

Bank Of America, N.A.
Robertson, Anschutz, & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Hunter's Creek Community Association, I
c/o K. Joy Mattingly
111 N Orange Avenue
Suite 1400
Orlando, FL 32801-2324

Elizabeth Mccausland
426 North Ferncreek Avenue
Orlando, FL 32803-5442

Ocwen Loan Servicing LLC
Van Ness Law Firm PLC
c/o Marian Kennady
1239 E Newport Center Dr Ste 110
Deerfield Beach, FL 33442-7711

Synchrony Bank
c/o PRA Receivables Management, LLC.
PO Box 41021
Norfolk, VA 23541-1021

Erminio Van Malleghem
14203 Hogan Drive
Orlando, FL 32837-7030

Bank Of America, National Association
1661 Worthington Road,
Suite 100,
West Palm Beach,
FL 33409-6493

Bank of America
888 E Walnut Street
Pasadena FL 91101-1895

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

Robert B Branson +
BransonLaw PLLC
1501 E. Concord Street
Orlando, FL 32803-5411

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

J. Anthony Van Ness +
Van Ness Law Firm P.A.
1239 E. Newport Center Drive, Ste. 110
Deerfield Beach, FL 33442-7711

Elizabeth McCausland +
Liz McCausland, P.A.
426 N. Ferncreek Ave.
Orlando, FL 32803-5442

Can Guner +
Robertson, Anschutz & Schneid
6409 Congress Avenue
Boca Raton, FL 33487-2853

Keith Scott Labell +
Robertson, Anschutz, & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Karena Joy Mattingly +
Becker & Poliakoff, P.A.
111 N Orange Avenue, Suite 1400
Orlando, FL 32801-2324

Aaron A Wagner +
Locke Lord LLP
3333 Piedmont Road, NE
Terminus 200, Suite 1200
Atlanta, GA 30305-1724

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(u)Cynthia C. Jackson +
Orlando

End of Label Matrix
Mailable recipients    23
Bypassed recipients     2
Total                  25